Certificate Number: 15111-PAE-DE-034042878

Bankruptcy Case Number: 20-10160



15111-PAE-DE-034042878

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 3, 2020, at 11:03 o'clock PM EST, Alison J. Zarmanian completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 3, 2020            By:    /s/Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education