# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Alison J. Zarmanian**  
Debtor(s)

Case No. **20-10160**  
Chapter **13**

# PROOF OF SERVICE BY MAIL

I, **Patricia Ortiz**, declare that I am over the age of eighteen years of age and am not a party to this case.

On **March 25, 2020**, I served the Amended Chapter 13 Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

**Americollect**
**Po Box 1566**
**1851 South Alverno Road**
**Manitowoc, WI 54221**

**Darrell Zarmanian**
**2022 Garrison Drive**
**Chester Springs, PA 19425**

**Delaware County Treasurer**
**201 West Front St.**
**Media, PA 19063**

William C. Miller
Chapter 13 Trustee
PO Box 1229
Phila, PA 19105

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

**Huntington Natl Bk**
**Attn: Bankruptcy**
**P.O. Box 340996**
**Columbus, OH 43234**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101**

**Navient**
**Attn: Bankruptcy**
**Po Box 9640**
**Wilkes-Barre, PA 18773**

**Pennsylvania Department of Revenue**
**Bureau of Compliance**
**PO Box 280948**
**Harrisburg, PA 17128-0948**

**Pnc Mortgage**
**Attn: Bankruptcy**
**3232 Newmark Drive**
**Miamisburg, OH 45342**

**Putnam Village Condo Assoc c/o CamCo**
**501 W Office Center Drive, Suite 220**
**Fort Washington, PA 19034**

**Sun East Federal Cr Un**
**Pob 2231**
**Aston, PA 19014**

**Sun East Federal Cr Un**
**Duttons Mill &**

| |
|---|
| **Aston, PA 19014** |
| **Township of Nether Providence**<br>**Attn: Tax Office**<br>**214 Sykes Lane**<br>**Wallingford, PA 19086** |
| **USAA Federal Savings Bank**<br>**Attn: Bankruptcy**<br>**10750 Mcdermott Freeway**<br>**San Antonio, TX 78288** |
| **USAA Federal Savings Bank**<br>**Attn: Bankruptcy**<br>**10750 Mcdermott Freeway**<br>**San Antonio, TX 78288** |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 25, 2020.

| |
|---|
| /s/ Patricia Ortiz |
| **Signature** |