**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

**Robert N. Braverman, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

-------------------------------------------------------------X
**In re:**                                               :    **Chapter 13**
                                                         :
**Alison J. Zarmanian,**                                 :    **Case No. 20-10160**
                                                         :
                                                         :
                                                         :
                     **Debtors**                         :
-------------------------------------------------------------X

## PRAECIPE TO WITHDRAW DOCUMENT

I, **Robert N. Braverman, Esq.,** counsel to Debtor(s), **Alison J. Zarmanian,** hereby withdraw document no. **22**, Second Amended Chapter 13 Plan filed **March 25, 2020** in the above referenced matter.

McDowell Law, PC

Dated: April 6, 2020                          *By:/s/***Robert N. Braverman**
                                              **Robert N. Braverman,** Esq.
                                              Attorney for the Debtor(s)