**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  **Alison J. Zarmanian**                                    Case No.  **20-10160**
                                    Debtor(s)                     Chapter   **13**

# PROOF OF SERVICE BY MAIL

I, **Patricia Ortiz**, declare that I am over the age of eighteen years of age and am not a party to this case.

On **April 6, 2020**, I served the Amended Chapter 13 Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

Americollect
Po Box 1566
1851 South Alverno Road
Manitowoc, WI 54221

Darrell Zarmanian
2022 Garrison Drive
Chester Springs, PA 19425

Delaware County Treasurer
201 West Front St.
Media, PA 19063

William C. Miller
Chapter 13 Trustee
PO Box 1229
Phila, PA 19105

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

Huntington Natl Bk
Attn: Bankruptcy
P.O. Box 340996
Columbus, OH 43234

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773

Pennsylvania Department of Revenue
Bureau of Compliance
PO Box 280948
Harrisburg, PA 17128-0948

Pnc Mortgage
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342

Putnam Village Condo Assoc c/o CamCo
501 W Office Center Drive, Suite 220
Fort Washington, PA 19034

Sun East Federal Cr Un
Pob 2231
Aston, PA 19014

Sun East Federal Cr Un
Duttons Mill &

| |
|---|
| **Aston, PA 19014** |
| **Township of Nether Providence**<br>**Attn: Tax Office**<br>**214 Sykes Lane**<br>**Wallingford, PA 19086** |
| **USAA Federal Savings Bank**<br>**Attn: Bankruptcy**<br>**10750 Mcdermott Freeway**<br>**San Antonio, TX 78288** |
| **USAA Federal Savings Bank**<br>**Attn: Bankruptcy**<br>**10750 Mcdermott Freeway**<br>**San Antonio, TX 78288** |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 6, 2020.

| |
|---|
| /s/ Patricia Ortiz |

**Signature**