# UNITED STATE BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Alison J. Zarmanian,<br><br>Debtor. | Case No. 20-10160-mdc<br><br>Chapter 13<br><br>Judge: Magdeline D. Coleman |

TO:   All Creditors & Parties in Interest (see Service List)

Notice is hereby given that:

1. Robert N. Braverman, Esquire, attorney for debtor, has filed an Application for Compensation and Reimbursement of Expenses for services rendered on behalf of the debtor in the within proceedings for the period January 9, 2020 through September 8, 2020, in the amount of $3,150 in compensation and $310 in expenses.

2. The debtor paid to the Applicant the sum of $1,460 prior to the filing of the Voluntary Petition.

3. Any creditor or party in interest who objects to the allowance of the compensation requested should file written objections with the Clerk of the Bankruptcy Court, 31326 United States Courthouse, 900 Market Street, Suite #400, Philadelphia, PA 19107 and serve a copy upon the applicant, whose name and address appears below, on or before twenty (20) days from the date of this Notice.  Thereupon, the Court shall schedule a hearing on any such objection.

4. In the absence of the filing of objections, the Court may, upon consideration of the record, grant Applicant's request for compensation and costs.

**McDowell Law, PC**
Attorneys for Debtor

By:  _/s/  Robert N. Braverman_
Robert N. Braverman, Esquire

DATED:  09/09/2020