# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>Alison J. Zarmanian,<br><br>Debtor. | Chapter 13<br><br>Case No. 20-10160-mdc<br><br>Judge: Magdeline D. Coleman |

## CERTIFICATION OF SERVICE

**AND NOW**, comes Robert Neil Braverman, Esquire, attorney for the Debtor, and certifies that on September 9, 2020, he has served the attached Notice of Application for Compensation and Reimbursement of Expenses on the following parties below:

Via: CM/ECF, email to: [ecfemails@ph13trustee.com, philaecf@gmail.com] and U.S. First Class Mail:

> Chapter 13 Trustee:
> William C. Miller, Esquire
> P.O. Box 1229
> Philadelphia, PA 19105

Via U.S. First Class Mail:

> Alison J. Zarmanian
> 1047 Putnam Blvd.
> Wallingford, PA 19086

> U.S. Trustee
> Office of the U.S. Trustee
> 200 Chestnut St. #502
> Philadelphia, PA 19106

> Americollect
> PO Box 1566 / 1851 South Alverno Rd.
> Manitowoc, WI 54221

> Darrell Zarmanian
> 2022 Garrison Dr.
> Chester Springs, PA 19425

| |
|---|
| Delaware County Treasurer<br>201 West Front St.<br>Media, PA 19063 |
| Huntington National Bank<br>Attn: Bankruptcy<br>PO Box 340996<br>Columbus, OH 43234 |
| ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101 |
| Navient<br>Attn: Bankruptcy<br>PO Box 9640<br>Wilkes-Barre, PA 18773 |
| PA Dept. of Revenue<br>Bureau of Compliance<br>PO Box 280948<br>Harrisburg, PA 17128-0948 |
| PNC Mortgage<br>Attn: Bankruptcy<br>3232 Newmark Dr.<br>Miamisburg, OH 45342 |
| Putnam Village Condo Assoc.<br>c/o CamCo<br>501 W. Office Center Dr. #220<br>Fort Washington, PA 19034 |
| Sun East FCU<br>PO Box 2231<br>Aston, PA 19014 |
| Township of Nether Providence<br>Attn: Tax Office<br>214 Sykes Lane<br>Wallingford, PA 19086 |
| USAA Federal Savings Bank<br>Attn: Bankruptcy<br>10750 McDermott Freeway<br>San Antonio, TX 78288 |

USAA Federal Savings Bank
c/o Weinstein & Riley, PS
2001 Western Ave. #400
Seattle, WA 98121

Respectfully submitted,

Dated: September 9, 2020

*/s/ Robert Neil Braverman*
Robert Neil Braverman, Esq.