# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Alison J. Zarmanian,<br><br>Debtor. | Chapter 13<br><br>Case No. 20-10160-mdc<br><br>Judge: Magdeline D. Coleman |
|---|---|

## ORDER

AND NOW, this __5th__ day of __October__, 2020, upon consideration of the Application of McDowell Law, PC, Counsel for the Debtor, Alison J. Zarmanian, for Allowance and Disbursement of Compensation, and responses, if any, hereto,

IT IS hereby ORDERED and DECREED that:

1. The Application of McDowell Law, PC, counsel for the Debtor, Alison J. Zarmanian, and for allowance and disbursement of compensation and reimbursement of expenses (the "Application") is GRANTED; and

2. There shall be awarded to McDowell Law, PC compensation in the amount of **$3,460** for actual and necessary services and expenses rendered by it on behalf of the Debtor for the period January 9, 2020 through September 8, 2020.

3. The unpaid balance of $2,000 shall be paid through the Chapter 13 Plan.

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge