United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-10160-mdc |
|---|---|
| Alison J. Zarmanian | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: JEGilmore | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 05, 2020 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alison J. Zarmanian, 1047 Putnam Blvd., Wallingford, PA 19086-6763 |
| cr | + | USAA Federal Savings Bank, C/o Weinstein & Riley, P.S., 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 06 2020 03:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 06 2020 03:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 06 2020 03:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/Text: duffyk@co.delaware.pa.us | Oct 06 2020 03:42:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2020    Signature:    /s/Joseph Speetjens

| District/off: 0313-2 | User: JEGilmore | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 05, 2020 | Form ID: pdf900 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| ROBERT NEIL BRAVERMAN | on behalf of Debtor Alison J. Zarmanian rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Chapter 13 |
|---|---|
| Alison J. Zarmanian, | Case No. 20-10160-mdc |
| Debtor. | Judge: Magdeline D. Coleman |

ORDER

AND NOW, this __5th__ day of __October__, 2020, upon consideration of the Application of McDowell Law, PC, Counsel for the Debtor, Alison J. Zarmanian, for Allowance and Disbursement of Compensation, and responses, if any, hereto,

IT IS hereby ORDERED and DECREED that:

1. The Application of McDowell Law, PC, counsel for the Debtor, Alison J. Zarmanian, and for allowance and disbursement of compensation and reimbursement of expenses (the "Application") is GRANTED; and

2. There shall be awarded to McDowell Law, PC compensation in the amount of **$3,460** for actual and necessary services and expenses rendered by it on behalf of the Debtor for the period January 9, 2020 through September 8, 2020.

3. The unpaid balance of $2,000 shall be paid through the Chapter 13 Plan.

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge