**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re:                                                                                              Case No. **20-10160**
ALISON J. ZARMANIAN

Debtor(s).

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>USAA FEDERAL SAVINGS BANK</u>                                        Court Claim # 4-1
Name of Secured Creditor

Old Address of Secured Creditor:

USAA Federal Savings Bank
C/O Weinstein & Riley, PS
2001 Western Ave,
Suite 400
Seattle, WA 98121

New Name and/or Address where **NOTICES** to Secured Creditor should be sent:

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA  30097
Phone: <u>470-321-7112</u>

Name and/or Address where **PAYMENTS** to Secured Creditor should be sent (if different from above):

Consumer Payment Processing-
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PO Box 272310
Boca Raton, FL  33427
Phone: <u>561-241-6901</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/__Charles G. Wohlrab_____                Date:  __11/03/2021_____
Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ALISON J. ZARMANIAN
1047 PUTNAM BLVD.
WALLINGFORD, PA 19086

And via electronic mail to:

ROBERT NEIL BRAVERMAN
MCDOWELL LAW, PC
46 WEST MAIN STREET
MAPLE SHADE, NJ 08052

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

By: /s/____ Andrew Smith