United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-10160-djb
Alison J. Zarmanian | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Apr 18, 2025      Form ID: 138OBJ      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alison J. Zarmanian, 1047 Putnam Blvd., Wallingford, PA 19086-6763 |
| 14528102 | + | Delaware County Tax Claim Bureau, c/o Stephen V. Bottiglieri, Esquire, Toscani & Gillin, P.C., 230 N. Monroe Street, Media, PA 19063-2908 |
| 14455580 | + | McDowell Law, PC, 46 West Main St., Maple Shade, NJ 08052-2432 |
| 14466219 | + | Pnc Mortgage, A Division of PNC Bank, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14520254 | + | Putnam Village Condo Assn, c/o CamCo, 501 West Office Center Drive, Suite 220, Ft. Washington, PA 19034-3224 |
| 14731665 | + | Putnam Village Condominium Association, c/o Michelle J. Cunningham, Esquire, Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |
| 14648660 | + | Robertson, Anschutz, Schneid, Crane & Partners, PL, PO Box 272310, Boca Raton, FL 33427-2310 |
| 14449966 | + | Sun East Federal Cr Un, Pob 2231, Aston, PA 19014-0231 |
| 14449967 | | Sun East Federal Cr Un, Duttons Mill &, Aston, PA 19014 |
| 14449968 | + | Township of Nether Providence, Attn: Tax Office, 214 Sykes Lane, Wallingford, PA 19086-6337 |
| 14496819 | + | USAA FederalSavings Bank, c/o Lisa Cancanon, Weinstein Riley, P.S., 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 19 2025 00:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2025 00:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14449956 | | Email/Text: ebn@americollect.com | Apr 19 2025 00:59:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14527811 | + | Email/Text: duffyk@co.delaware.pa.us | Apr 19 2025 00:59:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| 14449958 | + | Email/Text: duffyk@co.delaware.pa.us | Apr 19 2025 00:59:00 | Delaware County Treasurer, 201 West Front St., Media, PA 19063-2797 |
| 14481770 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 19 2025 00:59:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14449959 | | Email/Text: bankruptcycourts@equifax.com | Apr 19 2025 00:58:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 14449960 | ^ | MEBN | Apr 19 2025 00:53:02 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 14449961 | + | Email/Text: bankruptcy@huntington.com | Apr 19 2025 00:59:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 14449962 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

Case 20-10160-djb    Doc 69    Filed 04/20/25    Entered 04/21/25 00:31:15    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: 138OBJ | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 19 2025 00:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14449963 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 19 2025 01:02:04 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14483487 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2025 00:58:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14449965 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2025 00:58:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14449964 | ^ | MEBN | Apr 19 2025 00:53:44 | Pennsylvania Department of Revenue, Bureau of Compliance, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14482164 | + | Email/Text: RASEBN@raslg.com | Apr 19 2025 00:58:00 | Robertson, Anschutz, Schneid, Crane & Partners, PL, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14449969 | ^ | MEBN | Apr 19 2025 00:53:03 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 14449970 | + | Email/Text: bkelectronicnotices@usaa.com | Apr 19 2025 00:58:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14449957 | ##+ | Darrell Zarmanian, 2022 Garrison Drive, Chester Springs, PA 19425-3875 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE J. CUNNINGHAM | on behalf of Creditor Putnam Village Condominium Association mcunningham@marcushoffman.com |
| MICHELLE L. MCGOWAN | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: 138OBJ | Total Noticed: 28 |

on behalf of Creditor USAA Federal Savings Bank mimcgowan@raslg.com

ROBERT NEIL BRAVERMAN
    on behalf of Debtor Alison J. Zarmanian rbraverman@mcdowelllegal.com
    kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com   ToscaniStathesZoellerLLC@jubileebk.net

THOMAS EGNER
    on behalf of Debtor Alison J. Zarmanian tegner@mcdowelllegal.com
    kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)−doc 68 − 59

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
  Alison J. Zarmanian  )  Case No. 20−10160−djb
  aka Alison Stempler  )
  aka Alison Taylor  )
    )  Chapter: 13
  Debtor(s).  )
    )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 18, 2025                                                                  For The Court

                                                                                     Timothy B. McGrath
                                                                                      Clerk of Court